UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE SONIC LIMITED, a Mauritian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LTD., a Canadian Corporation, and RESEARCH IN MOTION CORPORATION, a Delaware Corporation,<br><br>Defendants. | CIVIL ACTION NO. 6:10-CV-455 MHS<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Innovative Sonic Limited hereby discloses that no publicly held corporation owns 10% or more of its stock.

Dated: September 21, 2010

Respectfully submitted,

/s/ *Shanée Y.W. Nelson*

**COOLEY LLP**
Ronald S. Lemieux
(CA Bar No. 120822)
rlemieux@cooley.com
Vidya R. Bhakar
(CA Bar No. 220210)
vbhakar@cooley.com
Shanée Y.W. Nelson (*Admitted Pro Hac Vice*)
(CA Bar No. 221310)
snelson@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  650-843-5000
Facsimile:  650-849-7400

-2-

**IRELAND, CARROLL & KELLEY, P.C.**
Otis Carroll
(SBN 03895700)
Deborah Race
(SBN 15448700)
6101 South Broadway, Suite 500
Tyler, Texas  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Fedserv@icklaw.com

Attorneys for Plaintiff
INNOVATIVE SONIC LIMITED

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 21st day of September, 2010.

                                    /s/ *Shanée Y.W. Nelson*
                                    Shanée Y.W. Nelson

884824 v1/HN